**No. 51124.**—Petition 6507–R of North American Mercantile Co. (San Francisco).

Opinion by EKWALL, J. In order to establish a test case, the goods in question were entered at prices representing export value, with knowledge that appraisement would be made upon the basis of American selling price as defined in section 402 (g). Upon the record it was held that there was no intent to defraud the Government or to deceive its officials. The petition was therefore granted.

**No. 51125.**—Petition 6414–R of Bullock's, Inc. (Los Angeles).

Opinion by EKWALL, J. From the testimony produced at the hearing and the admissions of Government counsel it was held that there was no intent to defraud or to deceive the Government or its officials. The petition was therefore granted.

**No. 51126.**—Protests 24156–K/89076, etc., of J. E. Bernard & Co., Inc., et al. (Chicago).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51127.**—Protests 53272–K, etc., of Biddle Purchasing Co. et al. (Baltimore, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51128.**—Protests 81496–K/12532, etc., of S. H. Kress & Co. et al. (New Orleans, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51129.**—Protests 88705–K, etc., of W. T. Grant Co. et al. (San Francisco, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.